FILED _____ LODGED _____ COPY

NOV -3 2011

DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PROB 22
(Rev. 2/88)

TRANSFER OF JURISDICTION

| DOCKET NUMBER (Transferring Court) |
|---|
| 4:04CR00013-001 |

| DOCKET NUMBER (Receiving Court) |
|---|
| 4:11-CR-50268-CKJ-DTF |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Anderson | SD/IN | New Albany |
| | NAME OF SENTENCING JUDGE | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 10/30/2011   TO 10/29/2014 |

**OFFENSE**

18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2) - Felon in Possession of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Arizona__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/2011
Date

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the __District of__ Arizona (Tucson)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-3-11
Date

United States District Judge

49