# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 4, 2011

Clerk of Court

Lee H. Hamilton Federal Building
and United States Courthouse
121 West Spring Street, Room 210
New Albany, IN 47150

Re: ROBERT ANDERSON
    Our Case #4: 11-CR-50268-TUC-CKJ(DTF)
    Your Case 4:04CR00013-01

Dear Clerk of the Court::

Pursuant to the enclosed copy of the "Consent to Transfer Jurisdiction" to the District of Arizona that was filed in our Court on 11/3/2011 regarding the above named defendant, we would appreciate your sending to our Tucson office certified copies of the following:

1. Docket Sheet;
2. Charging document (Indictment or Information)
3. Judgment.

Thank you for your cooperation in this matter.

Sincerely,

RICHARD H. WEARE, CLERK OF COURT/DISTRICT COURT EXECUTIVE


By: s/Johnnie Kaye Montgomery
    Deputy Clerk

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*