| | FILED ___ LODGED ___<br>___ RECEIVED ___ COPY |
|---|---|
| | NOV - 3 2011 |
| | CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY |

| | DOCKET NUMBER (Transferring Court) |
|---|---|
| | 4:04CR00013-001 |
| | DOCKET NUMBER (Receiving Court) |
| | 4:11-CR-50268-CKJ-DTF |

| NAME & ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert Anderson | SD/IN | New Albany |
| | NAME OF SENTENCING JUDGE | |
| | | |
| | DATES OF<br>PROBATION/SUPERVISED<br>RELEASE | FROM<br>10/30/2011 | TO<br>10/29/2014 |

FILED ___ LODGED ___
RECEIVED ___ COPY

NOV 17 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**OFFENSE**

18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2) - Felon in Possession of a Firearm

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Arizona__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/2011
Date

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the __District of__ Arizona (Tucson)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-3-11
Date

United States District Judge

49

## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- ANDERSON, ROBERT                                                                  NA04-CR-0013-01-P/N

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 05/19/2004 | 03/28/2005 | Felony | 1 | 03-0022M-01 | PRATT | NAVILLE |

USA
plaintiff

V.

ANDERSON, ROBERT
defendant

TIMOTHY MORRISON
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

R KENT WESTBERRY
LANDRUM & SHOUSE
220 WEST MAIN STREET
SUITE 1900
LOUISVILLE, KY 40202
(502)589-7616

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | UNLAWFUL TRANSPORT OF FIREARMS, ETC. |

| DATE | PROCEEDINGS |
|---|---|
| 10/31/2003 | COMPLAINT & AFFIDAVIT approved and signed by Mag Judge MGNaville, c/m USA; USM; USP; ATF Agent eod 10/31/03 [SL] |
| 10/31/2003 | WARRANT ISSUED by Mag Judge MGNaville, c/m USA; USM; USP; ATF Agent eod 10/31/03 [SL] |
| 05/03/2004 | COURTROOM MINUTES ASSIGNS HEARING to 05/04/04 at 05:00PM Room 200 (MGN) c/m - before Magistrate James D. Moyer - Preliminary Hrg and Detention Hearing eod 05/03/04 [SL] |
| 05/03/2004 | INITIAL APPEARANCE ON COMPLAINT eod 05/03/04 [SL] |
| 05/03/2004 | DEFT APPEARS IN PERSON AND with CJA counsel Armand Judah eod 05/03/04 [SL] |
| 05/03/2004 | APPEARANCE FOR THE USA BY AUSA Timothy Morrison via telephone eod 05/03/04 [SL] |
| 05/03/2004 | USPO Represented by Ken Grafe eod 05/03/04 [SL] |
| 05/03/2004 | CHARGES & RIGHTS & PENALTIES are read and explained; deft wvs formal arraignment; deft enters plea of not guilty eod 05/03/04 [SL] |
| 05/03/2004 | COURTROOM MINUTES of an initial hrg on the Complaint before Mag Judge James D. Moyer eod |

|            |                                                                                                                                                                                                                                            |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | 05/03/04 [SL]                                                                                                                                                                                                                              |
| 05/03/2004 | DEFT REMANDED TO CUSTODY of USM pending further proceedings by the court eod 05/03/04 [SL]                                                                                                                                                 |
| 05/03/2004 | CJA VOUCHER # appointing Armand Judah as cnsl for deft as of 4/29/04 eod 05/03/04 [SL]                                                                                                                                                     |
| 05/03/2004 | FINANCIAL AFFIDAVIT filed - DEFT eod 05/03/04 [SL]                                                                                                                                                                                         |
| 05/03/2004 | APPEARANCE - CJA cnsl Armand Judgah - DEFT eod 05/03/04 [SL]                                                                                                                                                                               |
| 05/03/2004 | COURTROOM MINUTES VACATES HEARING of 05/04/04 at 5:00PM Room 200 (MGN) c/m eod 05/04/04 [SL]                                                                                                                                               |
| 05/03/2004 | COURTROOM MINUTES REASSIGNS HEARING to 05/04/04 at 02:00PM Room 200 (MGN) c/m - Magistrate Jamed S. Moyer to preside - Preliminary Hearing and Detention Hearing on Complaint eod 05/04/04 [SL]                                             |
| 05/04/2004 | APPEARANCE - RET R. Kent Westberry appearing for DEFT eod 05/04/04 [SL]                                                                                                                                                                    |
| 05/04/2004 | MOTION for Pretrial Detention Hrg - PLTF eod 05/04/04 [SL]                                                                                                                                                                                 |
| 05/04/2004 | COURTROOM MINUTES of Detention Hrg and Preliminary Hrg before Magistrate Judge James D. Moyer c/m USA; USM; USP; CNSL eod 05/04/04 [SL]                                                                                                    |
| 05/04/2004 | COURTROOM MINUTES - Judge Moyer discharges CJA counsel Armand Judah in open court due to DEFT retaining Kent Westberry as counsel eod 05/04/04 [SL]                                                                                        |
| 05/04/2004 | DEFT APPEARS IN PERSON AND with retained cnsl Kent Westberry and his assistant, Caroline Pitt Clark eod 05/04/04 [SL]                                                                                                                      |
| 05/04/2004 | APPEARANCE FOR THE USA BY AUSA Timothy Morrison eod 05/04/04 [SL]                                                                                                                                                                          |
| 05/04/2004 | USPO Represented by Ken Grafe eod 05/04/04 [SL]                                                                                                                                                                                            |
| 05/04/2004 | AFT represented by Special Agent Tremaine eod 05/04/04 [SL]                                                                                                                                                                                |
| 05/04/2004 | EVIDENCE presented & heard; arguments heard; Court ORDERS deft detained eod 05/04/04 [SL]                                                                                                                                                  |
| 05/04/2004 | DEFT REMANDED TO CUSTODY of USM pending further proceedings by the Court eod 05/04/04 [SL]                                                                                                                                                 |
| 05/19/2004 | INDICTMENT FILED eod 05/21/04 [SL]                                                                                                                                                                                                         |
| 05/19/2004 | CRIM INFO SHEET eod 05/21/04 [SL]                                                                                                                                                                                                          |
| 05/19/2004 | PRAECIPE for WARRANT eod 05/21/04 [SL]                                                                                                                                                                                                     |
| 05/21/2004 | WARRANT ISSUED eod 05/21/04 [SL]                                                                                                                                                                                                           |
| 05/21/2004 | NGPL ORDER ASSIGNS JURY TRIAL to 07/12/04 at 09:30AM Room 200 (DFH) c/m eod 05/21/04 [SL]                                                                                                                                                  |

| | |
|---|---|
| 05/25/2004 | USM RETURN - Defendant arrested 4/29/04 eod 05/25/04 [SL] |
| 05/25/2004 | USM RETURN - Deft arrested 5/25/04 at US Courthouse, New Albany, IN eod 05/25/04 [SL] |
| 05/26/2004 | COURTROOM MINUTES of Initial Hearing on an Indictment before Magistrate MGNaville, c/m USA; USM; USP; CNSL eod 05/26/04 [SL] |
| 05/26/2004 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION eod 05/26/04 [SL] |
| 05/26/2004 | DEFT APPEARS IN PERSON AND with retained counsel R. Kent Westberry eod 05/26/04 [SL] |
| 05/26/2004 | APPEARANCE FOR THE USA BY AUSA Timothy Morrison, via phone eod 05/26/04 [SL] |
| 05/26/2004 | USPO Represented by Kenneth Grafe eod 05/26/04 [SL] |
| 05/26/2004 | CHARGES & RIGHTS & PENALTIES are read and explained; deft wvs formal arraignment; deft enters plea of Not Guilty eod 05/26/04 [SL] |
| 05/26/2004 | Parties were ordered to meet and confer regarding disclosure of evidence on or before June 1, 2004 eod 05/26/04 [SL] |
| 05/26/2004 | DEFT REMANDED TO CUSTODY of USM pending further proceedings by the court eod 05/26/04 [SL] |
| 06/22/2004 | MOTION to Suppress evidence pursuant to FRCP 12(B)(3) and REQUEST for evidentiary Hearing, c/s - DEFT eod 06/22/04 [KTK] |
| 06/22/2004 | MOTION TO CONTINUE (unopposed) /REASSIGN 7/12/2004 trial date, c/s - DEFT eod 06/22/04 [KTK] |
| 06/22/2004 | MOTION FOR DISCOVERY (request), c/s - DEFT eod 06/22/04 [KTK] |
| 06/22/2004 | MOTION (request) for disclosure of expert witness testimony, c/s - DEFT eod 06/22/04 [KTK] |
| 06/22/2004 | MOTION to require the US to provide notice of intention to use Rule 404(B) evidence, c/s - DEFT eod 06/22/04 [KTK] |
| 06/22/2004 | MOTION for production of favorable evidence, c/s - DEFT eod 06/22/04 [KTK] |
| 06/28/2004 | ORDER ASSIGNS HEARING to 07/26/04 at 04:30PM Room 200 (DFH) c/m (New Albany time) eod 06/28/04 [LSC] |
| 06/28/2004 | ORDER VACATES JURY TRIAL of 07/12/04 at 09:30AM Room 200 (DFH) c/m eod 06/28/04 [LSC] |
| 06/28/2004 | ORDER REASSIGNS JURY TRIAL to 08/30/04 at 01:30PM Room 200 (DFH) c/m eod 06/28/04 [LSC] |
| 07/21/2004 | APPEARANCE - RET R. Kent Westberry for defendant, Robert Anderson eod 07/21/04 [SL] |
| 07/21/2004 | MOTION (UNOPPOSED) MOTION TO REASSIGN EVIDENTIARY HEARING DATE (DEFT), c/s. eod 07/21/04 [SL] |
| 07/22/2004 | ORDER VACATES HEARING of 07/26/04 at 4:30PM Room 200 (DFH) c/m eod 07/22/04 [LSC] |

| | |
|---|---|
| 07/22/2004 | ORDER REASSIGNS HEARING to 08/02/04 at 04:30PM Room 200 (DFH) c/m (New Albany time) eod 07/22/04 [LSC] |
| 07/28/2004 | ENTRY VACATES HEARING of 08/02/04 at 4:30PM Room 200 (DFH) c/m eod 07/28/04 [CEB] |
| 07/28/2004 | ENTRY REASSIGNS HEARING to 08/02/04 at 01:00PM Room 200 (DFH) c/m (New Albany time) (Hearing on motion to suppress) eod 07/28/04 [CEB] |
| 08/02/2004 | COURTROOM MINUTES - Hearing held on defendant's Motion to Suppress; the Court granted the Government's motion to separate witnesses; the Government called as witnesses Roy Leap, Richard Lock and James H. Smith, Jr.; the Government rested; the defendant called Kathy Hyatt as a witness; the defendant rested; arguments were presented; the Court stated its findings of fact and conclusions of law; the Court denied the Motion to Suppress; court was adjourned. Ct. Reporter F. Pratt. DFH c/m eod 08/02/04 [CEB] |
| 08/20/2004 | MOTION TO CONTINUE (Unopposed Motion to Continue) Jury Trial scheduled 8/30/2004. (DEFT) c/s. eod 08/20/04 [SL] |
| 08/24/2004 | ORDER VACATES JURY TRIAL of 08/30/04 at 1:30PM Room 200 (DFH) c/m eod 08/24/04 [LSC] |
| 08/24/2004 | ORDER REASSIGNS JURY TRIAL to 11/01/04 at 09:00AM Room 200 (DFH) c/m eod 08/24/04 [LSC] |
| 10/28/2004 | MOTION TO CONTINUE (unopposed) 11/1/04 trial date, c/s - DEFT eod 10/28/04 [KTK] |
| 10/29/2004 | ORDER VACATES JURY TRIAL of 11/01/04 at 09:00AM Room 200 (DFH) c/m eod 10/29/04 [LSC] |
| 10/29/2004 | ORDER REASSIGNS JURY TRIAL to 12/13/04 at 01:30PM Room 200 (DFH) c/m eod 10/29/04 [LSC] |
| 11/23/2004 | PLEA AGREEMENT eod 11/23/04 [LSC] |
| 11/23/2004 | ENTRY VACATES JURY TRIAL of 12/13/04 at 1:30PM Room 200 (DFH) c/m eod 11/23/04 [CEB] |
| 02/25/2005 | ENTRY ASSIGNS GLTY PLEA HRG to 03/17/05 at 03:00PM Room 200 (DFH) c/m eod 02/25/05 [LSC] |
| 02/25/2005 | ENTRY ASSIGNS SENTENCING DATE to 03/17/05 at 03:00PM Room 200 (DFH) c/m eod 02/25/05 [LSC] |
| 03/15/2005 | SENTENCING MEMORANDUM on behalf of ROBERT CHARLES ANDERSON, c/s eod 03/15/05 [KTK] |
| 03/17/2005 | MOTION pursuant to 3E1.1(b) of the sentencing guidelines. USA c/s eod 03/17/05 [CEB] |
| 03/17/2005 | COURTROOM MINUTES - Hearing held on defendant's intention to enter a plea of guilty. Ct. Reporter F. Pratt. DFH eod 03/17/05 [CEB] |
| 03/17/2005 | COURT FINDS factual basis for plea and plea voluntarily made. eod 03/17/05 [CEB] |
| 03/17/2005 | COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 03/17/05 [CEB] |
| 03/17/2005 | SENTENCING HELD eod 03/17/05 [CEB] |

| | |
|---|---|
| 03/28/2005 | JUDGMENT ENTERED COUNT/FINDING: 1 IMPRISONMENT: 60 months; RECOMMENDATION: Court recommends designation to an institution close to Southern Indiana. The Court also recommends that the defendant be allowed to participate in the Residential Drug Treatment Program; SUPERVISED RELEASE: 3 years; Standard & Special conditions of Supervision - See Judgment ASSESSMENT: $100.00; FINE: 0; SCHEDULE OF PAYMENTS: to begin immediately; FACTUAL FINDINGS & GUIDELINE APPLICATION: adopted; COUNT(S) DISMISSED: 0 OBV 19 PG 6 eod 03/28/05 [SL] |
| 09/09/2005 | MOTION for an Emergency Hearing to Request a Court Order Directing the United States Marshal's Office to Remand Defendant to Federal Custody - DEFT, c/s eod 09/09/05 [JLM] |
| 10/17/2005 | ENTRY - for now, defendant's motion for an emergency hearing is DENIED without prejudice to possible renewal (43) (DFH) {See Entry for particulars}. eod 10/17/05 [KTK] |
| 06/16/2008 | MOTION under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. All further pleadings should be filed under 4:08-cv-93-DFH-WGH - DEFT. eod 06/17/08 [JLM] |
| 12/16/2008 | ENTRY Discussing Petition for Writ of Habeas Corpus. Civil Case No. 4:08-cv-93-DFH-WGH will be dismissed for lack of jurisdiction. See Entry for particulars. DFH c/m eod 12/16/08 [LBT] |
| 12/16/2008 | JUDGMENT Civil action docketed at 4:08-cv-93-DFH-WGH is DISMISSED for lack of jurisdiction. DFH c/m OBV 22 PG 29 eod 12/16/08 [LBT] |
| 10/26/2011 | REASSIGNED from Judge HAMILTON to Judge PRATT (dis) eod 10/26/11 [LBT] |
| 10/26/2011 | USPO Petition Requesting Transfer of Jurisdiction to District of Arizona eod 10/26/11 [LBT] |
| 10/26/2011 | ORDER Transferring Jurisdiction to District of Arizona (Tuscon). (TWP) c/m USPO-NA, USPO-IP, USPO-D/AZ, USDC-D/AZ eod 10/27/11 [LBT] |

USDC Southern Indiana -JAMS data-     Go to Top



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. NA 04- 13 -CR H/N |
| ROBERT C. ANDERSON, | ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about September 11, 2003 in Switzerland County, in the Southern District of Indiana, Robert C. Anderson, defendant herein, having been convicted of a crime punishable for a term exceeding one (1) year, to-wit: on or about October 6, 1997, in the Criminal District Court, Tarrant County, Texas, Anderson was convicted of the felony offense of Robbery Causing Bodily Injury and sentenced to 8 years imprisonment, did knowingly possess, in commerce and affecting commerce, firearm(s), to wit:

(1) New England Firearms, 12 gauge shotgun, serial number NJ314308;

(2) J.C. Higgins, 12 gauge shotgun, no serial number;

(3) Sears Roebuck, 12 gauge shotgun, serial number P193800;

(4) Sears Roebuck, 20 gauge shotgun, serial number P161038; and

(5) Norinco, 7.62 x 39 mm, semiautomatic rifle, serial number 27000367,

all in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. The allegations in this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set out in the indictment, ROBERT C. ANDERSON, defendant herein, shall forfeit to the United States any firearm and ammunition involved in or used in the offense. The firearms subject to forfeiture include:

    (1)    New England Firearms, 12 gauge shotgun, serial number NJ314308;

    (2)    J.C. Higgins, 12 gauge shotgun, no serial number;

    (3)    Sears Roebuck, 12 gauge shotgun, serial number P193800;

    (4)    Sears Roebuck, 20 gauge shotgun, serial number P161038; and

    (5)    Norinco, 7.62 x 39 mm, semiautomatic rifle, serial number 27000367.

A TRUE BILL:

SUSAN W. BROOKS
United States Attorney

by: _____
Timothy M. Morrison
Assistant United States Attorney

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 1

ORIGINAL

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE ENTERED |
|---|---|
| V. | MAR 2005 |
| ROBERT ANDERSON | Case Number: 4:04CR00013-001 |
| | USM Number: 07519-028 U.S. CLERK'S OFFICE NEW ALBANY, INDIANA |
| | R. Kent Westberry and Caroline Pitt Clark |
| | Defendant's Attorney |

**THE DEFENDANT:**

**X** pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s)
    which was accepted by the court.

☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 USC § 922(g)(1) and 18 USC § 924(a)(2) | Felon in Possession of a Firearm | 9/11/03 | 1 |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                              ☐ is    ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/17/2005
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

**Honorable David F. Hamilton, U.S. District Court Judge**
Name and Title of Judicial Officer

3/28/2005
Date

#42

AO 245B    (Rev. 12/03) Judgment in Criminal Case
         Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: ROBERT ANDERSON | Judgment — Page 2 of 5 |
| CASE NUMBER: 4:04CR00013-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    60 months

X   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation to an institution close to southern Indiana. The Court also recommends that the defendant be allowed to participate in the Residential Drug Treatment Program.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____.

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____.

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

Judgment—Page  3  of  5

DEFENDANT:       ROBERT ANDERSON
CASE NUMBER:     4:04CR00013-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page __3.01__ of __5__

DEFENDANT:      ROBERT ANDERSON
CASE NUMBER:    4:04CR00013-001

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide the probation officer access to any requested financial information.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

3. The defendant shall participate in a program of testing and/or treatment for substance abuse and shall pay a portion of the fees of treatment as directed by the probation officer.

4. The defendant shall participate in a program of mental health treatment as directed by the probation officer.

5. The defendant shall submit to the search of his person, vehicle, office/business, residence and property, including computer systems and its peripheral devices with the assistance of other law enforcement as necessary. The defendant shall submit to the seizure of contraband found by the probation officer. The defendant shall warn other occupants the premises may be subject to searches.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____    _____
Defendant                          Date

_____    _____
U.S. Probation Officer/Designated Witness   Date

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT:       ROBERT ANDERSON
CASE NUMBER:     4:04CR00013-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 100.00       | $        | $               |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

**TOTALS**       $ _____        $ _____

☐ Restitution amount ordered pursuant to plea agreement  $ _____

The defendant shall pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

  ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: ROBERT ANDERSON
CASE NUMBER: 4:04CR00013-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B **X** Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

| Defendant Name | Case Number | Joint & Several Amount |
|---|---|---|
| | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

**X** The defendant shall forfeit the defendant's interest in the following property to the United States:
1 New England 12 gauge shotgun, serial #NJ34308; 1 Sears Roebuck 20 gauge shotgun, serial #P161038; 1 JC Higgins 12 gauge shotgun (no serial number); 1 Sears Roebuck 12 gauge shotgun, serial #P193800; 1 Norinco 7.62 x 39 mm semi-automatic rifle, serial #2700367.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.