PROBATION FORM NO. 35　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

　　v.　　　　　　　　　　　　　　　　　　　　　　　Crim. No. CR-11-50268-001-TUC-CKJ-DTF

ROBERT ANDERSON

　　On 10/28/2011 the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Brett J. Snyder
U. S. Probation Officer

### ORDER OF THE COURT

　　Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of May, 2013

The Honorable Cindy K. Jorgenson
United States District Judge